DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 089P13 | LaShanda Shaw v. The Goodyear Tire & Rubber Company | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-338)<br><br>2. Plt's Motion to Amend PDR | 1.<br><br>2. See Special Order **03/07/13**<br><br>**Beasley, J. Recused** |
|---|---|---|---|
| 090P07-8 | State v. Lindo Nickerson | 1. Def's *Pro Se* Motion for PDR (COAP11-768)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot<br><br>**Jackson, J. Recused** |
| 090P13 | State v. Edy Charles Banks, Jr. | 1. State's Motion for Temporary Stay (COA12-531)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/22/13**<br><br>2.<br><br>3.<br><br>**Jackson, J. Recused** |
| 092P13 | State v. Sherman Lee Young | 1. Def's *Pro Se* Petition for *Writ of Mandamus* (COAP13-43)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Dismissed as Moot |
| 094P13 | State v. George Victor Stokes | 1. State's Motion for Temporary Stay (COA12-810)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR under N.C.G.S. § 7A-31 | 1. Allowed **02/25/13**<br><br>2.<br><br>3. |
| 098P13 | State v. Vernon Pete Gray, III | 1. State's Motion for Temporary Stay (COA12-153)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/26/13**<br><br>2.<br><br>3. |